

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00109-CR

Valentino "Tino" **MUNOZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14-299
Honorable Rex Emerson, Judge Presiding

# O R D E R

   Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on **August 26, 2015**. No further extensions will be granted.

_____
Karen Angelini, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court